DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CAROLYN DUTRIZ,**
Appellant,

v.

**NICOLA NAZY** and **RITA NAZY,**
Appellees.

No. 4D21-1646

[March 31, 2022]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 502021CA002690.

Enrique Nieves III of Enrique Nieves, P.A., Palm Beach Gardens, for appellant.

David Steinfeld of Law Office of David Steinfeld, Palm Beach Gardens, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***